**Order entered November 22, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00933-CV

### UBER TECHNOLOGIES, INC. AND RASIER, LLC, Appellants

### V.

### MARVIN SLOVAK AND KATRINA SLOVAK, BOTH INDIVIDUALLY AND AS REPRESENTATIVES OF, HEIRS TO, AND BENEFICIARIES OF THE ESTATE OF ELIZABETH SLOVAK, DECEASED, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04447-E**

### ORDER

Before the Court is appellees' November 21, 2022 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 21, 2022.

/s/    KEN MOLBERG
JUSTICE